FILED
2011 Jun-28 PM 01:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JEANETTA WILSON, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 09-PWG-1529-S |
| | ) |
| AVISTA MANAGEMENT, INC., and | ) |
| TRISTAR LODGING, INC., | ) |
| | ) |
| Defendants. | ) |

MEMORANDUM OF OPINION.

On May 19, 2011, the magistrate judge filed an Order pursuant to Paragraph 5 of the General Order of Reference in which he RECOMMENDED that the complaint in this action be dismissed without prejudice to refiling in the appropriate district court in Florida because of lack of personal jurisdiction over the Defendants. Neither the Plaintiff nor Defendants filed any objections pursuant to Rule 72(b) of the *Federal Rules of Civil Procedure*.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation, the court finds that the magistrate judge's order pursuant to paragraph 5 is due to be and is hereby ADOPTED and his recommendation is ACCEPTED. A final judgment will be entered.

DONE and ORDERED this the 28th day of June, 2011.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE